In the Interest of Paula Wallingford, Rhonda Wallingford, Roby Wallingford, Mary Lisa Carter, Delbert Kent Carter, and Gary Carter, Minors.
Gloria Dean Carter, Appellant, v. People of the State of Illinois, Appellee.

Gen. No. 69–219.

Second District.
September 25, 1970.

William N. Stone, of Sterling, for appellant; Albert N. Kennedy, State's Attorney of Lee County, of Dixon, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.